
❦AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1



FILED
U.S. EASTERN DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 10 2008

JAMES W. McCORMACK, CLERK
By: _____
              DEP CLERK

# UNITED STATES DISTRICT COURT

__EASTERN__   District of   __ARKANSAS__

UNITED STATES OF AMERICA
V.

QUENTIN M. JOHNSON

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number:     4:08cr00035-01 JMM
USM Number:     675374RB1

Gina Houston Reynolds
Defendant's Attorney

**THE DEFENDANT:**

☐ admitted guilt to violation of condition(s) _____ of the term of supervision.

X was found in violation of condition(s)  General, Standard 11  after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General | Failure to refrain from committing another federal, state or local crime. | 12/12/2007 |
| Standard 11 | Failure to notify the probation officer within 72 hours of being arrested. | 12/12/2007 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:   ***-**-9881

Defendant's Date of Birth:   **/**/1981

Defendant's Residence Address:

Redacted Pursuant to JCUS Policy

Defendant's Mailing Address:

Redacted Pursuant to JCUS Policy

March 10, 2008
Date of Imposition of Judgment

_/s/ James M. Moody_
Signature of Judge

James M. Moody
UNITED STATES DISTRICT JUDGE
Name and Title of Judge

March 10, 2008
Date

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

|  |  |
|---|---|
| DEFENDANT: QUENTIN M. JOHNSON | Judgment — Page  2  of  2 |
| CASE NUMBER: 4:08cr00035-01 JMM |  |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :    ten (10) months

X   The court makes the following recommendations to the Bureau of Prisons:
    Defendant shall participate in non-residential substance abuse treatment.

    Defendant shall serve his term of imprisonment near Millington, Tennessee, to be near his family.

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____  ☐ a.m.  ☐ p.m.  on _____  .

    ☐  as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on _____  .

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

                                      By _____
                                         DEPUTY UNITED STATES MARSHAL